UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEPORT MOBILITY, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> KRZYSZTOF SYWULA, <br><br> Defendant. | Case No. 21-cv-00874-SI <br><br> **ORDER RE: EX PARTE APPLICATION TO MODIFY HEARING DATE** <br><br> Re: Dkt. No. 86 |

On January 29, 2025, plaintiffs moved to confirm an arbitration award, with a hearing date set for March 7, 2025. Dkt. No. 81. On February 3, 2025, the Court approved defendant's request to substitute counsel. Dkt. No. 83. On February 12, 2025, defendant filed a competing motion to vacate the arbitration award, with a hearing date properly set for March 21, 2025. Dkt. No. 85. At the same time and with nearly identical arguments, defendant filed an opposition to plaintiffs' motion to confirm. Dkt. No. 84. Defendant then filed an ex parte request for the Court to consider both motions on the same day, proposing the latter hearing date, March 21, 2025. Dkt. No. 86. Plaintiffs protest any delay in hearing its motion and oppose the request. Dkt. No. 87.

The Court agrees with defendant that it makes sense to consider both motions on the same day and agrees with plaintiffs that the matter should not be further delayed. The Court notes the final briefing for the later motion to vacate is due March 5, 2025. **The Court will therefore advance the hearing for the motion to vacate to Friday, March 7, 2025.**

**IT IS SO ORDERED**.

Dated: February 21, 2025

_____
SUSAN ILLSTON
United States District Judge