UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEPORT MOBILITY, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRZYSZTOF SYWULA,<br><br>    Defendant. | Case No. 21-cv-00874-SI<br><br>**[PROPOSED] ORDER GRANTING STILLER LAW FIRM, P.C.'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**<br><br>Re: Dkt. No. 126 |

The Court has reviewed the parties' pleadings in this matter. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motion is suitable for resolution without oral argument.

Defendant's Counsel's Motion to Withdraw is GRANTED.

Defendant's counsel, Stiller Law Firm, P.C., shall be allowed to withdraw, and hereby are withdrawn from representation of Defendant in this action. Counsel is relieved of any and all further obligations to Defendant in this action.

This motion is not accompanied by a simultaneous appearance of substitute counsel or agreement of Defendant to appear *pro se*. Therefore, pursuant to Civ.L.R. 11-5(b), papers may continue to be served on Stiller Law Firm, P.C., for forwarding purposes, unless and until Defendant appears by other counsel. Counsel is ORDERED to notify Defendant of this condition.

**IT IS SO ORDERED**.

Dated: October 27, 2025

SUSAN ILLSTON
United States District Judge