UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELEPORT MOBILITY, INC., et al.,

Plaintiffs,

v.

KRZYSZTOF SYWULA,

Defendant.

Case No. 21-cv-00874-SI

**ORDER RE: EX PARTE APPLICATION FOR TURNOVER OF TELEPORT MOBILITY SHARES IN AID OF EXECUTION OF JUDGMENT**

Re: Dkt. No. 135

On April 22, 2026, Judgment Creditors filed an Ex Parte Application for Turnover of Teleport Mobility Shares in Aid of Execution of Judgment. Dkt. No. 135. The Court is not inclined to grant Judgment Creditors' requested relief ex parte. Accordingly, the Court SETS the following briefing schedule:

1. Judgment Debtor Krysztof Sywula is to file his response to Judgment Creditors' application for turnover of Teleport Mobility shares by **May 8, 2026.**

2. A hearing on the matter is set for **May 19, 2026 at 1:30 p.m.**

**IT IS SO ORDERED**.

Dated: April 28, 2026

SUSAN ILLSTON
United States District Judge