United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TELEPORT MOBILITY, INC., et al.,

Plaintiffs,

v.

KRZYSZTOF SYWULA,

Defendant.

Case No. 21-cv-00874-SI

**ORDER GRANTING JUDGMENT CREDITORS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF TURNOVER MOTION**

Re: Dkt. No. 136

On April 23, 2026, Judgment Creditors submitted an Administrative Motion for Leave to File a Supplemental Brief in Support of a Motion for Turnover Order as to Shares of Bytedance and Intel. Dkt. No. 136. Under Civil L.R. 7-11(b), any opposition to an administrative motion "must be filed no later than 4 days after the motion has been filed." Judgment Debtor has not timely filed an opposition to Judgment Creditors' administrative motion. The motion is GRANTED.

1. Judgment Creditors Teleport Mobility, Inc. are to file their supplemental brief by **May 1, 2026.**

2. Judgment Debtor Krzysztof Swuyla is to file his response to the supplemental brief by **May 8, 2026**.

**IT IS SO ORDERED**.

Dated: April 28, 2026

SUSAN ILLSTON
United States District Judge