UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TELEPORT MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRZYSZTOF SYWULA,<br><br>Defendant. | Case No.  21-cv-00874-SI<br><br>**MODIFIED [PROPOSED] TURNOVER ORDER IN AID OF EXECUTION OF JUDGMENT IN FAVOR OF TELEPORT MOBILITY, INC. AND NORTHERN LIGHTS, LLC AND AGAINST KRZYSZTOF SYWULA**<br><br>Re: Dkt. No. 120 |

On May 19, 2026 at 2:30 p.m., the Court held a hearing on the Motion for Turnover Order in Aid of Execution of Judgment in Favor of Teleport Mobility, Inc. and Northern Lights, LLC and Against Krzysztof Sywula ("Motion") by Judgment Creditors Teleport Mobility, Inc. and Northern Lights, LLC ("Judgment Creditors") and against Judgment Debtor KRZYSZTOF SYWULA ("Judgment Debtor").

The Court, having considered the papers filed in support of and in opposition to the Motion, as well as oral argument and the record herein, and for good cause showing, hereby finds and rules as follows:

The Motion is GRANTED.

1. Judgment Debtor is ordered to deliver all his Intel Corporation ("Intel") and ByteDance Inc. and Ltd. ("ByteDance") stock share certificates to the levying officer for sale.

2. In the event that the Intel and ByteDance stock share certificates are non-certificated or if electronic certificates only were issued, Judgment Debtor is ordered to instruct a transfer agent to transfer the stock share to the levying officer or effectuate the transfer of the stock share by any means necessary to the levying officer for sale and payment of proceeds of sale to Judgment

Creditors.

3. Judgment Debtor is ordered to deliver his Intel and ByteDance stock share certificate or instruct a transfer agent to transfer the Intel and ByteDance stock shares or effectuate the transfer of the stock shares by any means necessary to the levying officer within thirty (30) days of this order.

NOTICE IS HEREBY GIVEN THAT FAILURE TO COMPLY WITH THIS ORDER BY THE JUDGMENT DEBTOR AND/OR NOTICED THIRD PARTY OBLIGORS AND THEIR PRINCIPALS, EMPLOYEES, AGENTS, ATTORNEYS, MANAGERS, PARTNERS, MEMBERS OR REPRESENTATIVES, MAY SUBJECT THEM TO SANCTIONS AND/OR CONTEMPT OF COURT.

**IT IS SO ORDERED**.

Dated: May 19, 2026

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2