UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEPORT MOBILITY, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRZYSZTOF SYWULA,<br><br>Defendant. | Case No.  21-cv-00874-SI<br><br>**MODIFIED [PROPOSED] ORDER RE: TURNOVER OF TELEPORT MOBILITY SHARES IN SUPPORT OF EXECUTION OF JUDGMENT**<br><br>Re: Dkt. No. 135 |

On May 19, 2026 at 2:30 p.m. the Court held a hearing on the Ex Parte Application for Turnover Order in Aid of Execution of Judgment in Favor of Teleport Mobility, Inc. and Northern Lights, LLC and Against Krzysztof Sywula ("Motion") by Judgment Creditors Teleport Mobility, Inc. and Northern Lights, LLC ("Judgment Creditors") and against Judgment Debtor KRZYSZTOF SYWULA ("Judgment Debtor").

The Court, having considered the papers filed in support of and in opposition to the Motion, as well as oral argument and the record herein, and for good cause showing, hereby finds and rules as follows:

The Application is GRANTED.

1. Teleport Mobility, Inc. is authorized to transfer a stock certificate issued on November 1, 2019, granting 2.4 million shares in Teleport Mobility, Inc. to the appropriate levying officer for sale at auction;

2. Judgment Debtor Krzysztof Sywula is ordered to refrain from hindering, obstructing, or otherwise interfering with such transfer;

3. Judgment Debtor Krysztof Sywula to refrain from hypothecating, pledging, or otherwise encumbering any interest in the 2.4 million shares of Teleport Mobility, Inc., which he currently owns.

NOTICE IS HEREBY GIVEN THAT FAILURE TO COMPLY WITH THIS ORDER BY THE JUDGMENT DEBTOR AND/OR NOTICED THIRD PARTY OBLIGORS AND THEIR PRINCIPALS, EMPLOYEES, AGENTS, ATTORNEYS, MANAGERS, PARTNERS, MEMBERS, OR REPRESENTATIVES, MAY SUBJECT THEM TO SANCTIONS AND/OR CONTEMPT OF COURT.

**IT IS SO ORDERED**.

Dated: May 19, 2026

_____

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California